## L. H. McDANIELS *v.* L. P. DeGROOT & TRUSTEE.

October Term, 1904.

Present: ROWELL, C. J., TYLER, START, WATSON, HASELTON, and POWERS, JJ.

Opinion filed November 15, 1904.

*Officer's Return—Falsification—Plea in Abatement.*

An officer's return cannot be falsified by a plea in abatement.

GENERAL ASSUMPSIT. Heard on general demurrer to a plea in abatement, at the March Term, 1904, Chittenden County, *Munson,* J., presiding. Demurrer sustained. The defendant excepted.

The scope of the plea in abatement is stated in the opinion.

*H. S. Peck* for the defendant.

*Powell & Powell* for the plaintiff.

ROWELL, C. J. The plea in abatement, which is demurred to, does not challenge the sufficiency of the service of the writ on the defendant as shown by the officer's return, but only denies the truth of the return, and alleges that no such service was made as is thereby shown, and that no other service was made on the defendant by that officer nor any other.

The officer's return cannot be falsified by a plea in abatement. *Columbian Granite Co.* v. *Townsend,* 74 Vt. 183, 52 Atl. 432.

*Affirmed and remanded.*